IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KRISTEN I. JANDA,

    Plaintiff,

  v.

Case No. 17-cv-339-wmc

ELLEN DAR, M.D., SERGEANT DAVIES,
SERGEANT JANAK, SERGEANT
COLLINSWORTH, and
LINCOLN COUNTY SHERIFF'S
DEPARTMENT,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 1/14/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |